

Chris Fink
vs
MT State Parole Board
Employees

Date 10-5-2021
Cause No. ———————

① Due Process Violation of: No Legal Discovery Prior To Parole Hearing Pertaining to A Dective Present at Parole Hearing As A State witness Prosecution Against Parole Opportunity Available For Chris Fink

② State Prosicutive Witness Reacussing chris Fink of Elemnts of Crime As Reason of Denying Parole Recomendation

③ Parole Appearnce of Chris Fink: Schedualed Elesibillity As Nov 9 2020 Not Allowed Untill 8-18-2021

This Document Prepared By:
Hunter, Michael W.

*[signature]*

10-5-21